FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, February 16, 2024

Ms. Brittani Rollen
Jackson Walker, LLP
777 Main St Ste 2100
Fort Worth, TX 76102-5366
* DELIVERED VIA E-MAIL *

Ms. Lindy D. Jones
Jones, Allen & Fuquay, L.L.P.
8828 Greenville Avenue
Dallas, TX 75243-7143
* DELIVERED VIA E-MAIL *

RE:    Case Number: 22-0424
Court of Appeals Number: 10-18-00219-CV
Trial Court Number: DC-C201600307

Style:  NATHAN D. ALBERT AND CHISHOLM TRAIL REDI-MIX, LLC
v.
FORT WORTH & WESTERN RAILROAD COMPANY

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the per curiam opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. George C. Haratsis (DELIVERED VIA E-MAIL)
Ms. Beverly Williams (DELIVERED VIA E-MAIL)
Mr. Angus Earl McSwain (DELIVERED VIA E-MAIL)
Ms. Laura L. Worsham (DELIVERED VIA E-MAIL)
District Clerk Johnson County (DELIVERED VIA E-MAIL)
Mr. Ty J. Jones (DELIVERED VIA E-MAIL)
Mr. Stuart B. Lumpkins Jr. (DELIVERED VIA E-MAIL)